THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Andre Quinten Roach, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2005-UP-499
Submitted August 1, 2005  Filed August 23, 2005   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Assistant Deputy Attorney General Salley W. Elliott, of Columbia, for Respondent.
 
 
 

PER CURIAM: Andre Roach pled guilty to leaving the scene of an accident resulting in death, leaving the scene of an accident with great bodily injury, reckless homicide, failure to stop for a police vehicle, and forgery.  He appeals.  Roachs counsel attached to the final brief a petition to be relieved as counsel that stated she reviewed the record and concluded this appeal is without merit.  Roach did not file a pro se response.  
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, BEATTY, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.